AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Jose Hilario

APPEARANCE

CASE NUMBER: 1:08MJ65M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Hilario

I certify that I am admitted to practice in this court.

4/21/08
*Date*

[signature] #6253
*Signature*

Edward M. Pepe, Esq.
*Print Name* Moretti, Perlow & Bordin *Bar Number*

1070 Kesselring Ave.
*Address*

Cranston, RI 02871
*City* *State* *Zip Code*

401-943-5500 944-5454
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.